```
           IN THE UNITED STATES DISTRICT COURT
         FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
                     NORTHERN DIVISION
```

UNITED STATES OF AMERICA

VS.                    CRIMINAL ACTION NO. 3:16-cr-56(DCB)(FKB)002

GREGORY HINES                                          DEFENDANT

ORDER

This cause is before the Court on the defendant Gregory Hines's Motion to Dismiss Case from County/State **(docket entry 50)**. Having carefully considered the motion, and the record in this case, the Court finds as follows:

On January 18, 2017, the defendant Gregory Hines was sentenced by this Court to 60 months imprisonment at FCC Yazoo City, to be followed by a three year term of supervised release. The defendant's motion concerns a prosecution and/or sentence in state court, over which this Court has no jurisdiction. The defendant's motion must therefore be denied.

ACCORDINGLY,

It is hereby ordered that the defendant Gregory Hines's Motion to Dismiss Case from County/State **(docket entry 50)** is DENIED.

SO ORDERED, this the 19th day of July, 2017.

/s/ David Bramlette
UNITED STATES DISTRICT JUDGE